UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Case No. 05-CR-00491-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GREGORY D. CROSBY,

    Defendant.

_____

**ORDER**
_____

    THIS MATTER is before the Court on "Defendants Brief Appeal and Memorandum in Support of Judgment on Defendants Motion to Modify the Sentence or in Alternative to be Placed in Half-Way House or CCC Center" (filed October 21, 2005). The Government filed a response to this motion on November 28, 2005. For the reasons stated below, Defendant's pleading, which I interpret as a motion to modify the sentence or to be placed into a halfway house, is denied.

    I agree with the Government that the Court is without jurisdiction to consider Defendant's requests. Defendant's motion is not supported by any authority, including Rule 11 or any other Rule of Criminal Procedure. Further, to the extent Defendant seeks placement into another facility or a CCC center, that is a matter in the discretion of the Bureau of Prisons, not the Court. Finally, Defendant does not allege any constitutional violation or any wrong by the BOP such that this could be construed as an action pursuant to 28 U.S.C. § 2255.

Accordingly, it is

ORDERED that "Defendants Brief Appeal and Memorandum in Support of Judgment on Defendants Motion to Modify the Sentence or in Alternative to be Placed in Half-Way House or CCC Center" filed October 21, 2005, is **DENIED**.

Dated: December 6, 2005

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge